■ MINNIE L. COX, Respondent, v JOHN HOWELL, Individually and Doing Business as A-PLUS PLUMBING AND ELECTRIC and Others, Appellant.—Order unanimously affirmed with costs. Memorandum: Supreme Court correctly determined that defendant is collaterally estopped from relitigating the wrongfulness of his own conduct; nevertheless, he is not precluded from litigating the issue of plaintiff's comparative fault. Although plaintiff's conduct was at issue in the criminal proceeding, the issue there was whether plaintiff's conduct justified defendant's conduct. That issue is not the same as the issue raised in this proceeding, i.e., whether plaintiff bears partial responsibility for instigating the confrontation. Whether plaintiff engaged in culpable conduct, and the relative degree of culpability between plaintiff and defendant, remain to be tried with the issue of damages (see, Jordan v Britton, 128 AD2d 315, 321-322). (Appeal from Order of Supreme Court, Monroe County, Siracuse, J.—Summary Judgment.) Present—Dillon, P. J., Denman, Balio, Lawton and Lowery, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL VETROMILE, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Scudder, J.—Assault, 2nd Degree.) Present—Callahan, J. P., Doerr, Green, Pine and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALLAN BRYANT, Appellant.—Judgment unanimously affirmed. Memorandum: Upon remittitur for a reconstruction hearing (People v Bryant, 159 AD2d 962), the court found that the prosecutor gave a racially neutral explanation for his peremptory challenge to the single black potential juror. That determination is supported by the record (see, People v James, 138 AD2d 971, lv denied 72 NY2d 920). We find defendant's remaining argument, that the verdict was against the weight of the evidence, to be lacking in merit (see, People v Bleakley, 69 NY2d 490, 495). (Resubmission of appeal from Judgment of Erie County Court, Dillon, J.—Rape, 1st Degree.) Present—Callahan, J. P., Doerr, Green, Pine and Balio, JJ.